IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEVE BINGHAM                                              PLAINTIFF

v.                             CIVIL ACTION NO.: 1:10-CV-00123-GHD-DAS

CITY OF WEST POINT, MISSISSIPPI;
JASPER PITTMAN; ROB BOBO;
CHARLES COLLINS; and HOMER CANNON                  DEFENDANTS

### ORDER RESETTING TRIAL

This cause comes before the Court on its own motion. A criminal trial commenced in this Court on Wednesday, February 29, 2012, that is expected to last five-to-eight days. Thus, it is necessary that the Court reset the trial in the above-referenced case which is presently set for Monday, March 5, 2012. This matter will be reset for trial on Tuesday, September 4, 2012, in Aberdeen, Mississippi. The scheduling of any other pretrial matters is hereby referred to the magistrate judge assigned to this cause.

It is SO ORDERED, this the 29th day of February, 2012.

_____
SENIOR JUDGE