### *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE BINGHAM | Plaintiff | **NOTICE resetting trial** |
| V. | | CASE NO.: 1:10CV123-GHD-JAD |
| CITY OF WEST POINT, MISSISSIPPI, *et al.* | Defendants | |

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**
U. S. POST OFFICE & FEDERAL BLDG.
ABERDEEN, MS

**Room No.**
COURTROOM NO. 2

**Date and Time**
MONDAY, SEPTEMBER 4, 2012, 9:30 A.M.

**Type of Proceeding**
**MVD/JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON
YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.
YOU SHALL BE PREPARED TO CONDUCT VOIR DIRE ON THE ABOVE DATE AND
YOU SHALL BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.
ALL PARTIES TO THIS ACTION ARE REQUIRED TO BE PRESENT FOR VOIR DIRE.**

**If jury list and information sheets for jurors are desired, please use form on our public website:
http://www.msnd.uscourts.gov/forms.htm**

DAVID CREWS, Clerk of Court

   /s/ Raye Long
(BY) Raye Long - Courtroom Deputy

Date: March 1, 2012

By NEF to counsel of record.

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**